# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

CHARLES MONTAGUE,       )
       )
   Plaintiff/Appellant,   )
       )     Davidson Chancery
VS.       )     No. 96-3872-III
       )
TENNESSEE DEPARTMENT OF   )     Appeal No.
CORRECTION and     )     01A01-9711-CH-00667
WARDEN HOWARD CARLTON,   )
       )
   Defendants/Appellees.   )

## CONCURRING OPINION

I concur with the court's conclusion that Mr. Montague's complaint fails to state a claim for which relief can be granted under Tenn. Code Ann. §§ 4-5-223 through 4-5-225 (1991 & Supp. 1997).

_____
WILLIAM C. KOCH, JR., JUDGE